UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK RAY RIVERA, JR., | ) | Case No. CV 16-437 JC |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| J. MARTINEZ, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to this Court's Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus and Dismissing Action, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: December 29, 2016

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE